UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 10-2981-DMG(RZx)** | Date | JUNE 1, 2010 |
|---|---|---|---|

| Title | *Livia Salazar Crane v. Wyeth LLC, et al.,* |
|---|---|

Present: The Honorable   DOLLY M. GEE , UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

The court's records reflect that counsel for plaintiff, Natasha Hanberry and Zoe B. Littlepage, have not submitted the required Application for Admission and fees or proof of admission.  A notice was mailed to you on April 21, 2010.

IT IS ORDERED that the matter is placed on this Court's calendar for *June 28, 2010 at 10:00 a.m.*, for an order to show cause why counsel should not be stricken as counsel of record.

If counsel files the application/response on or before the hearing date indicated above, the court will consider this a satisfactory response to the Order To Show Cause and will take the matter off calendar.


cc: all parties of record

CV-90 (12/02)              **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk YS